# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Springmann, Theresa L. | Northern District of Indiana | 05/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U. S. Courthouse
1300 South Harrison Street
Fort Wayne, IN 46802

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Personal Representative | Estate 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Master Card | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. - Riversource Life Ins. Fixed account | A | Dividend | K | T | Redeemed (part) | 4/1/2011 | J | | |
| 3. | | | | | Redeemed (part) | 4/29/11 | J | | |
| 4. | | | | | Redeemed (part) | 8/15/11 | J | | |
| 5. | | | | | Redeemed (part) | 9/30/11 | J | | |
| 6. | | | | | Redeemed (part) | 11/1/11 | J | | |
| 7. | | | | | Redeemed (part) | 12/1/11 | J | | |
| 8. | | | | | Redeemed (part) | 12/6/11 | J | | |
| 9. - Riversource VP Div Bond C13 | A | Interest | K | T | Redeemed (part) | 4/1/11 | J | | |
| 10. | | | | | Redeemed (part) | 4/29/11 | J | | |
| 11. | | | | | Redeemed (part) | 8/15/11 | J | | |
| 12. | | | | | Redeemed (part) | 9/30/11 | J | | |
| 13. | | | | | Redeemed (part) | 11/1/11 | J | | |
| 14. | | | | | Redeemed (part) | 12/1/11 | J | | |
| 15. | | | | | Redeemed (part) | 12/6/11 | J | | |
| 16. - Riversource VP Cash Mgmt C13 | A | Interest | K | T | Redeemed (part) | 4/1/11 | J | | |
| 17. | | | | | Redeemed (part) | 4/29/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed (part) | 8/15/11 | J | | |
| 19. | | | | | Redeemed (part) | 9/30/11 | J | | |
| 20. | | | | | Redeemed (part) | 11/1/11 | J | | |
| 21. | | | | | Redeemed (part) | 12/1/11 | J | | |
| 22. | | | | | Redeemed (part) | 12/6/11 | J | | |
| 23. | | | | | | | | | |
| 24. IRA # 2 | | | | | | | | | |
| 25. - Riversource Life Ins. Fixed Account | A | Dividend | J | T | Redeemed (part) | 1/3/11 | J | | |
| 26. | | | | | Redeemed (part) | 2/1/11 | J | | |
| 27. | | | | | Redeemed (part) | 3/1/11 | J | | |
| 28. | | | | | Redeemed (part) | 12/6/11 | J | | |
| 29. - Riversource COL VP Div Bond C13 | A | Interest | J | T | Redeemed (part) | 1/3/11 | J | | |
| 30. | | | | | Redeemed (part) | 2/1/11 | J | | |
| 31. | | | | | Redeemed (part) | 3/1/11 | J | | |
| 32. | | | | | Redeemed (part) | 12/6/11 | J | | |
| 33. - Riversource COL VP Cash Mgmt C13 | A | Interest | J | T | Redeemed (part) | 1/3/11 | J | | |
| 34. | | | | | Redeemed (part) | 2/1/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Redeemed (part) | 3/1/11 | J | | |
| 36. | | | | | Redeemed (part) | 12/6/11 | J | | |
| 37. | | | | | | | | | |
| 38. Annuity - Riversource Fixed Annuity | A | Dividend | K | T | Redeemed (part) | 5/19/11 | J | | |
| 39. | | | | | | | | | |
| 40. IRA #3 | | | | | | | | | |
| 41. -Riversource Life Ins. Fixed Account | B | Int./Div. | K | T | | | | | |
| 42. -Riversource COL VP Div Bond C13 | C | Dividend | L | T | | | | | |
| 43. | | | | | | | | | |
| 44. IRA #4 | | | | | | | | | |
| 45. - Riversource Life Ins. Fixed Account | A | Dividend | J | T | | | | | |
| 46. - Riversource COL VP Div Bond C13 | B | Interest | K | T | | | | | |
| 47. - Riversource COL VP Cash Mgmt C13 | A | Interest | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. Chase Bank Account | A | Interest | K | T | | | | | |
| 50. | | | | | | | | | |
| 51. Estate 1 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Chase Bank Account | | | | | | | | | |
| 53. - Centier Bank Accounts | | | | | Redeemed | 1/4/11 | K | | |
| 54. - Citizens Financial accounts | | | | | Redeemed | 2/12/11 | J | | |
| 55. - First Financial accounts | | | | | Redeemed | 1/20/11 | J | | |
| 56. - Disney common shares | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. T. Rowe Price Summit Cash Reserve | A | Interest | K | T | Sold (part) | 1/10/11 | J | | |
| 59. | | | | | Sold (part) | 2/16/11 | J | | |
| 60. | | | | | Sold (part) | 3/16/11 | J | | |
| 61. | | | | | Sold (part) | 3/17/11 | J | | |
| 62. | | | | | Sold (part) | 5/3/11 | J | | |
| 63. | | | | | Sold (part) | 7/11/11 | J | | |
| 64. | | | | | Sold (part) | 5/31/11 | J | | |
| 65. | | | | | Sold (part) | 1/13/11 | J | | |
| 66. | | | | | Sold (part) | 5/31/11 | J | | |
| 67. | | | | | Buy (add'l) | 1/6/11 | J | | |
| 68. | | | | | Buy (add'l) | 1/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 2/15/11 | J | | |
| 70. | | | | | Buy (add'l) | 3/15/11 | J | | |
| 71. | | | | | Buy (add'l) | 5/16/11 | K | | |
| 72. | | | | | | | | | |
| 73. Compagine Financiere Richemont AG Switz common shares | A | Dividend | J | T | Buy | 1/5/11 | J | | |
| 74. Exelon Corp. common shares | A | Dividend | J | T | Buy | 2/11/11 | J | | |
| 75. Exelon Corp. common shares | A | Dividend | J | T | Buy (add'l) | 3/11/11 | J | | |
| 76. Apple common shares | | None | J | T | Buy | 3/14/11 | J | | |
| 77. Applied Materials common shares | A | Dividend | J | T | Buy | 4/28/11 | J | | |
| 78. Abbott Labs common shares | A | Dividend | J | T | Buy | 4/28/11 | J | | |
| 79. Coinstar Inc Common shares | | None | J | T | Buy | 7/6/11 | J | | |
| 80. Ford common shares | | None | | | Sold | 1/3/11 | J | | |
| 81. Broadcomm common shares | A | Dividend | | | Sold | 1/12/11 | J | | |
| 82. Apple common shares | | None | | | Sold | 2/10/11 | J | | |
| 83. Starbucks common shares | A | Dividend | | | Sold | 3/10/11 | J | | |
| 84. T. Rowe Price retirement Income Fund | A | Dividend | K | T | Buy (add'l) | 5/31/11 | J | | |
| 85. T. Rowe Price New Asia | A | Dividend | J | T | Buy | 1/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. T.Rowe Price US Treasury Intermediate Fund | A | Dividend | | | Sold | 5/16/11 | K | | |
| 87. T. Rowe Price Emerging Markets Stock Mutual | A | Int./Div. | J | T | Buy (add'l) | 12/16/11 | J | | |
| 88. T. Rowe Price New Income Fund | A | Dividend | J | T | Buy (add'l) | 1/31/11 | J | | |
| 89. | | | | | Buy (add'l) | 2/28/11 | J | | |
| 90. | | | | | Buy (add'l) | 3/31/11 | J | | |
| 91. | | | | | Buy (add'l) | 4/29/11 | J | | |
| 92. | | | | | Buy (add'l) | 5/31/11 | J | | |
| 93. | | | | | Buy (add'l) | 6/30/11 | J | | |
| 94. | | | | | Buy (add'l) | 7/29/11 | J | | |
| 95. | | | | | Buy (add'l) | 8/31/11 | J | | |
| 96. | | | | | Buy (add'l) | 9/30/11 | J | | |
| 97. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 98. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 99. | | | | | Buy (add'l) | 12/7/11 | J | | |
| 100. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 101. T. Rowe Price Retirement Fund | A | Dividend | K | T | Buy (add'l) | 1/31/11 | J | | |
| 102. | | | | | Buy (add'l) | 2/28/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 3/31/11 | J | | |
| 104. | | | | | Buy (add'l) | 4/29/11 | J | | |
| 105. | | | | | Buy (add'l) | 5/31/11 | J | | |
| 106. | | | | | Buy (add'l) | 5/31/11 | J | | |
| 107. | | | | | Buy (add'l) | 6/30/11 | J | | |
| 108. | | | | | Buy (add'l) | 7/29/11 | J | | |
| 109. | | | | | Buy (add'l) | 8/31/11 | J | | |
| 110. | | | | | Buy (add'l) | 9/30/11 | J | | |
| 111. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 112. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 113. | | | | | Buy (add'l) | 12/21/11 | J | | |
| 114. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 115. | | | | | | | | | |
| 116. T. Rowe Price US Treasury Intermediate Fund | A | Dividend | | | Buy (add'l) | 1/31/11 | J | | |
| 117. | | | | | Buy (add'l) | 2/28/11 | J | | |
| 118. | | | | | Buy (add'l) | 3/31/11 | J | | |
| 119. | | | | | Buy (add'l) | 4/29/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 5/16/11 | J | | |
| 121. | | | | | Sold | 5/16/11 | K | | |
| 122. A T & T common shares | A | Dividend | J | T | | | | | |
| 123. American Electric Power common shares | A | Dividend | J | T | | | | | |
| 124. Avalon Bay common shares | A | Dividend | J | T | | | | | |
| 125. Bank of America common shares | A | Dividend | J | T | | | | | |
| 126. Corning common shares | A | Dividend | J | T | | | | | |
| 127. Cree Inc common shares | | None | J | T | | | | | |
| 128. Cummins Engine common shares | A | Dividend | J | T | | | | | |
| 129. Google inc common shares | | None | J | T | | | | | |
| 130. Home Depot common shares | A | Dividend | J | T | | | | | |
| 131. McDonalds common | A | Dividend | J | T | | | | | |
| 132. Mid America Apartments common | A | Dividend | J | T | | | | | |
| 133. Qualcomm common | A | Dividend | J | T | | | | | |
| 134. Texas Instrument common | A | Dividend | J | T | | | | | |
| 135. Verizon common | A | Dividend | J | T | | | | | |
| 136. USAA Precious Metals & Mineral Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Wisdom Tree Large Cap Fund | A | Dividend | J | T | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Springmann, Theresa L. | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Line 9 - Name change / was Riversource VP Div Bond C3

Line 16 - Name change / was Riversource VP Cash Mgmt C3

Line 29 - Name change / was Riversource VP Div Bond C3

Line 33 - Name change / was Riversource VP Cash Mgmt C3

Line 42 - Name change / was Riversource VP Div Bond C3

Line 46 - Name change / was Riversource VP Div Bond C3

Line 47 - Name change / was Riversource VP Cash Mgmt C3

Line 62 - Disney common shares were inadvertently omitted from prior reports

Line 84 - Name change / was T. Rowe Price Retirement Fund

| Name of Person Reporting | Date of Report |
| --- | --- |
| Springmann, Theresa L. | 05/10/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Theresa L. Springmann

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544